1
2
3
4
5
6       UNITED STATES DISTRICT COURT
7       DISTRICT OF NEVADA
8   CAROLYN HACKER,                              )
9              Plaintiff,                        )   Case No.  2:12-cv-00972-KJD-GWF
10  vs.                                          )   **ORDER**
11  HILTON GRAND VACATIONS                       )
    MANAGEMENT, LLC,                             )
12                                               )
              Defendant.                         )
13  _____)

14       This matter is before the Court on the parties' failure to file a Joint Status Report.  The
15  Minutes of the Court dated June 8, 2012, required the parties to file a Joint Status Report regarding
16  removed action no later than July 11, 2012.  To date the parties have not complied.  Accordingly,
17       **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than
18  **August 7, 2012,** which must:
19       1.   Set forth the status of this action, including a list of any pending motions and/or
20            other matters which require the attention of this court.
21       2.   Include a statement by counsel of action required to be taken by this court.
22       3.   Include as attachments copies of any pending motions, responses and replies thereto
23            and/or any other matters requiring the court's attention not previously attached to the
24            notice of removal.
25  . . .
26  . . .
27  . . .
28  . . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 27th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge