UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN HACKER,<br><br>        Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS<br>MANAGEMENT, LLC,<br><br>        Defendant. | Case No.  2:12-cv-00972-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated June 8, 2012, required the parties to file a Joint Status Report regarding removed action no later than July 11, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **August 7, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 27th day of July, 2012.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge